IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. _____ |
|---|---|
| Plaintiff, | **COUNT ONE:** |
| v. | *Felon in Possession of Firearms / Ammunition* |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| MICHAEL S. ROJAS, | NMT 10 Years Imprisonment |
| [DOB: 11/11/1974] | NMT $250,000 Fine |
| | NMT 3 Years Supervised Release |
| Defendant. | Class C Felony |
| | |
| | **COUNT TWO:** |
| | *Possession of a Firearm With Obliterated Serial Number* |
| | 18 U.S.C. §§ 922(k) and 924(a)(1)(B) |
| | NMT 5 Years Imprisonment |
| | NMT $250,000 Fine |
| | NMT 3 Years Supervised Release |
| | Class D Felony |
| | |
| | $100 Mandatory Assessment Per Felony Count |

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about February 15, 2015, in the Western District of Missouri, the defendant, MICHAEL S. ROJAS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms and ammunition, to wit: a Taurus, Model Millennium, 9mm caliber handgun, Serial Number TCS14789; a Hi-Point, .40 caliber handgun, with an obliterated serial number; and two (2) live rounds of Remington Arms 9mm caliber ammunition, all of which had been transported in interstate commerce, contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

On or about February 15, 2015, in the Western District of Missouri, the defendant, MICHAEL S. ROJAS, did knowingly possess, a firearm, to wit: a Hi-Point, .40 caliber handgun, which had been shipped or transported in interstate commerce, from which the manufacturer's serial number had been removed, altered, and obliterated, contrary to the provisions of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

A TRUE BILL.


| 3/6/18 | /s/ Shannon M. Cassidy |
|---|---|
| DATE | FOREPERSON OF THE GRAND JURY |

/s/ Jeffrey Q. McCarther
Jeffrey Q. McCarther
Assistant United States Attorney
Narcotics & Violent Crimes Unit
Western District of Missouri