# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

| Division of Filing | | Place of Offense | Matter to be Sealed |
|---|---|---|---|
| ☒ Western ☐ Central ☐ Southwestern | ☐ St. Joseph ☐ Southern | **Jackson** County and elsewhere | ☐ Secret Indictment ☐ Juvenile |

**Defendant Information**
Defendant Name    Michael S. Rojas
Alias Name
Birthdate         11/11/1974

**Related Case Information**
Superseding Indictment/Information  ☐ Yes  ☒ No   if yes, original case number _____
New Defendant                       ☒ Yes  ☐ No
Prior Complaint Case Number, if any
Prior Target Letter Case Number, if any  _____

**U.S. Attorney Information**
AUSA Jeffrey Q. McCarther

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☒ No

**Location Status**
Arrest Date _____
☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

Writ Required     ☐ Yes  ☒ No
Warrant Required  ☒ Yes  ☐ No

**U.S.C. Citations**
Total # of Counts    2

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:922G.F/7830/4 | Felon in Possession of Firearms/Ammunition | 1 |
| 2 | 18:922K.F/7830/4 | Possession of a Firearm With Obliterated Serial Number | 2 |
| 3 | | | |
| 4 | | | |

Date  3/6/18          Signature of AUSA  /s/ Jeffrey Q. McCarther