IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

ORDER OF TRANSFER

With the consent of Magistrate Judge Lajuana M. Counts, the referral for the criminal cases and defendants on the attached list are hereby transferred to her docket for all further proceedings. All referral duties and authorities set out in the original Order of Reference remain in effect.

 /s/ Greg Kays
Greg Kays, Chief Judge
United States District Court

September 4, 2018
Kansas City, Missouri