# CRIMINAL REFERRALS - TRANSFERS TO MAGISTRATE LAJUANA M. COUNTS

|   | CASE NUMBER | CASE CAPTION |
|---|---|---|
|   |   |   |
| 1 | 05-cr-159-1 | US V. PABLO MANUEL FERNANDEZ |
| 2 | 06-cr-20-1,4 | US V. RAPHAEL IGBOKWE ET AL |
| 3 | 06-cr-317-5 | US V. VADIM ALEKSANDVOVICH TOKAREV |
| 4 | 07-cr-415-7 | US V. HECTOR ALMEDA |
| 5 | 08-cr-6-1 | US V. OMAR HERNANDEZ-PENA |
| 6 | 08-cr-72 | US V. SHU GANG LI ET AL |
| 7 | 09-cr-143-2,3,9 | US V. NODIR YUNUSOV ET AL |
| 8 | 11-cr-80-2 | US V. RAUDEL DURAN |
| 9 | 11-cr-223-7 | US V. DARRYL E. LARKINS |
| 10 | 11-cr-305-1,4 | US V. CARLOS ROBLES-MARTINEZ ET AL |
| 11 | 12-cr-10 | US V. LUIS ACOSTA ET AL |
| 12 | 12-cr-72-3,5,12,15,16,20,21,22,25,26 | US V. ALMEIDA-PEREZ ET AL |
| 13 | 12-cr-384-4,8 | US V. RUIZ-REYES ET AL |
| 14 | 13-cr-6 | US V. ALINA O. OLMEDO |
| 15 | 13-cr-164-5,7 | US V. VALENCIA, ET AL |
| 16 | 13-cr-385-11 | US V. CONNIE KENDRICK |
| 17 | 14-cr-71 | US V. VICTOR LIPUKHIN |
| 18 | 14-cr-127 | US V. MOHAMMAD SALEEM ET AL |
| 19 | 15-cr-101-1 | US V. MELANIE C. HAMILTON |
| 20 | 15-cr-194 | US V. KEVIN RAY WILSON ET AL |
| 21 | 15-cr-273 | US V. CHARLES E. WILLIAMS |
| 22 | 15-cr-408-3 | US V. KIMANI I STERLING |
| 23 | 16-cr-18 | US V. GRACIELITA ACOSTA-BARAJAS |
| 24 | 16-cr-20 | US V. CHARLES E. FRANCIS |
| 25 | 16-cr-48 | US V. ANTONIO M. SLATER |
| 26 | 16-cr-84 | US V. CURTIS DAVID BARKER |
| 27 | 16-cr-104 | US V. ANTONIO E. WILLS |
| 28 | 16-cr-127 | US V. DEANDRE L. FUGATE |
| 29 | 16-cr-144 | US. V JAMERL M. WORTHAM ET AL |
| 30 | 16-cr-150-1,7 | US. V. MICHAEL RYAN NEVATT ET AL |
| 31 | 16-cr-164 | US V. JOEL M. HALE |
| 32 | 16-cr-185 | US V. BRIAN DIETZ |
| 33 | 16-cr-204 | US V. HAUWA AL-HASSAN |
| 34 | 16-CR-209 | US V. JAMES A SCOTT |
| 35 | 16-cr-210-3,4,6,8,9 | US V. SEXSON ET AL |
| 36 | 16-cr-221 | US V. HARIS NAWAZ ET AL |
| 37 | 16-cr-237 | US V. ROBERT L. WHITE |
| 38 | 16-cr-268 | US V. MATTHEW H. COY |
| 39 | 16-cr-273-2 | US V. EDGAR ORTIZ |

| | | |
|---|---|---|
| 40 | 16-cr-316 | US V. RUE'SEAN M. FRANKLIN |
| 41 | 16-cr-321 | US V. JULIAN FELIX-AGUIRRE ET AL |
| 42 | 16-cr-325 | US V. GABRIEL SHERROD |
| 43 | 16-cr-331 | US V. JAMES HULSEY |
| 44 | 16-cr-356 | US V. JUAN CARLOS ALCANTAR-RUIZ |
| 45 | 16-cr-358 | US V. CHRIS D. PAGE |
| 46 | 16-cr-367 | US V. JEFFREY A. HASSENFLUG |
| 47 | 17-cr-3 | US V. RUBI ESPINOZA |
| 48 | 17-cr-4 | US V. CURLIE W. PRUITT III ET AL |
| 49 | 17-cr-14 | US V. SHARIF KARIE ET AL |
| 50 | 17-cr-15 | US V. RAUL MALAGON |
| 51 | 17-cr-17 | US V. LISA MARIE NAGY ET AL |
| 52 | 17-cr-21 | US V. WILLIAM SHANE HUNTSMAN |
| 53 | 17-cr-22-1,3 | US V. DAVITA ANN KELLY ET AL |
| 54 | 17-cr-34-2 | US V. JOSE FARIAS-VALDOVINOS |
| 55 | 17-cr-57 | US V. ROY WAYNE GUIER |
| 56 | 17-cr-58 | US V. TONY D. HALL |
| 57 | 17-cr-62 | US V. HARRISON ELLIOT COMBS |
| 58 | 17-cr-63 | US V. CARLOS JESUS ENCARANCION |
| 59 | 17-cr-85 | US V. ROBERT McCLENTON |
| 60 | 17-cr-86 | US V. ROBERT L. MORGAN |
| 61 | 17-cr-89 | US V. FRANK M. WOODS |
| 62 | 17-cr-92 | US V. ER'ERICO S. BLAND |
| 63 | 17-cr-98 | US V. DIONNETE L. PRICE |
| 64 | 17-cr-103 | US V. JEREMY M. DOBSON ET AL |
| 65 | 17-cr-112 | US V. MATIAS ISAAC RODRIGUEZ |
| 66 | 17-cr-124 | US V. JOSE SALAZAR-AGUILAR |
| 67 | 17-cr-125 | US V. JONATHAN SANCHEZ-MUNOZ |
| 68 | 17-cr-126 | US V. RODTE TAYLOR ET AL |
| 69 | 17-cr-129 | US V. WILLIAM LEE DeLaCRUZ |
| 70 | 17-cr-136 | US V. TRAVIS HEWITT ET AL |
| 71 | 17-cr-141 | US V DIONANDRE GANTER |
| 72 | 17-cr-147 | US V. JAMES H. WILSON |
| 73 | 17-cr-153 | US V. MACK DAVIS |
| 74 | 17-cr-161 | US V. AARON M. ALEXANDER |
| 75 | 17-cr-162 | US V. CHARLES L COWANS ET AL |
| 76 | 17-cr-165 | US V. TERRY K. RAYFORD |
| 77 | 17-cr-171 | US V. ESMERALDA CASTRO |
| 78 | 17-cr-175 | US V. JASON T. SIMON |
| 79 | 17-cr-180 | US V. MARCUS L. WILKINS |
| 80 | 17-cr-184 | US V. RACHEAL A. LANE |
| 81 | 17-cr-185 | US V. TODD R. LEROY |
| 82 | 17-cr-186 | US V. RYAN SCOTT LUSCOMBE |
| 83 | 17-cr-187 | US V. ALVARO-MANJARREZ-LUGO ET AL |
| 84 | 17-cr-200 | US V. BRANDON A. MORRIS |
| 85 | 17-cr-207 | US V. DENNIS LAMONT EVERETTE |
| 86 | 17-cr-213 | US V. RICHARD D. BABLER, JR. |

| | | |
|---|---|---|
| 87 | 17-cr-215 | US V. JOSEF CUNNINGHAM, JR. |
| 88 | 17-cr-222 | US V. MALLIEK D. HAYNES |
| 89 | 17-cr-230 | US V. KAMERON M. BYNUM |
| 90 | 17-cr-234 | US V. CHRISTINA CARDENAS |
| 91 | 17-cr-241 | US V. JOSE A. BADILLA |
| 92 | 14-cr-242 | US V. HUBERT CARTER |
| 93 | 17-cr-244 | US V. WARREN E. FRANKLIN, JR. |
| 94 | 17-cr-247 | US V. ROBERT W. MORGAN |
| 95 | 17-cr-249 | US V. LAMAR CORTEZ ALLEN |
| 96 | 17-cr-254 | US V. SONYA M. PERRY |
| 97 | 17-cr-255 | US V. RON NELSON SCAMMAHORN |
| 98 | 17-cr-257 | US V. LAMONT WHITE |
| 99 | 17-cr-266 | US V. ANGEL MARTINEZ-LOPEZ |
| 100 | 17-cr-268 | US V. ROBERT T. MILLER ET AL |
| 101 | 17-cr-269 | US V. STEWART E. ROSE |
| 102 | 17-cr-274 | US V. ELBERT J. HOLLY |
| 103 | 17-cr-275 | US V. GERALD L. HOLMES ET AL |
| 104 | 17-cr-276 | US V. GENIE HOWARD, III |
| 105 | 17-cr-284 | US V. RONALD SEAGAL WASHINGTON ET AL |
| 106 | 17-cr-297 | US V. ANTHONY A. TURNER |
| 107 | 17-cr-306 | US V. EDWARD CHISM |
| 108 | 17-cr-317 | US V. JAMES C. COLEMAN |
| 109 | 17-cr-318 | US V. JONATHAN WAYNE CRAWFORD ET AL |
| 110 | 17-cr-327 | US V. JAMES ANDREW CLINGENPEEL |
| 111 | 17-cr-328 | US V. DIJON T. DIXON |
| 112 | 17-cr-332 | US V. BRANDON M. JOHNSON |
| 113 | 17-cr-333 | US V. CORREY N. JONES |
| 114 | 17-cr-334 | US V. VELISE L. McATEE |
| 115 | 17-cr-335 | US V. CARLOS Q. PALAFOX |
| 116 | 17-cr-344 | US V. JOSE MIGUEL CABRERA-ARTEAGA |
| 117 | 17-cr-346 | US V. WILLIE E. GRIFFIN |
| 118 | 17-cr-347 | US V. EL JOHNSON |
| 119 | 17-cr-349 | US V. ANTHONY PELTIER |
| 120 | 17-cr-353 | US V. LUIS MANUEL GONZALEZ-RODRIGUEZ ET AL |
| 121 | 17-cr-355 | US V. MICHAEL F. PARSON |
| 122 | 17-cr-358 | US V. ADRIAN LEON MADRIGAL ET AL |
| 123 | 17-cr-367 | US V. LUIS BALLESTEROS-DUARTE |
| 124 | 17-cr-373 | US V. FREDERICK C. JOHNSON |
| 125 | 17-cr-376 | US V. FRANK J. SANCHEZ |
| 126 | 17-cr-382 | US V. FORD KEVIN COOTS |
| 127 | 17-cr-384 | US V. CARLOS ROSAS |
| 128 | 17-cr-388 | US V. MONOLITO THOMAS |
| 129 | 17-cr-390 | US V. TRAVIS M. WARREN ET AL |
| 130 | 17-cr-391 | US V. CHRIZION BANKS |
| 131 | 17-cr-392 | US V. SHELBI KATELYN CHADDICK ET AL |
| 132 | 17-cr-393 | US V. MAURICE FREEMAN |
| 133 | 17-cr-396 | US V. TREVONTAE L. STEWART ET AL |

| | | |
|---|---|---|
| 134 | 17-cr-397 | US V. JAMES R. STUART |
| 135 | 18-cr-3 | US V. ROBERT J. GROSS |
| 136 | 18-cr-5 | US V. CALVIN C. WALLACE, III |
| 137 | 18-cr-6 | US V. ANTHONY J. WARDLAW |
| 138 | 18-cr-9 | US V. JONATHAN M. BRAVO-LOPEZ |
| 139 | 18-cr-10 | US V. DAVID M. HARGRAVE |
| 140 | 18-cr-16 | US V. JOSE M. HERNANDEZ |
| 141 | 18-cr-22 | US V. MYLIN D. SMITH |
| 142 | 18-cr-25 | US V. RICHARD WRIGHT |
| 143 | 18-cr-34 | US V. PHILLIP D. HERRERA |
| 144 | 18-cr-36 | US V. SHAWN BURKHALTER ET AL |
| 145 | 18-cr-37 | US V. HAROLD E. PINKS |
| 146 | 18-cr-38 | US V. DELEON REED |
| 147 | 18-cr-41 | US V. GABRIEL VALENCIA, JR. |
| 148 | 18-cr-42 | US V. TANISHA WILLIAMS |
| 149 | 18-cr-45 | US V. COTY D. HOLLAMAN |
| 150 | 18-cr-47 | US V. JEREMY J. BUSH |
| 151 | 18-cr-49 | US V. CARL D. EDWARDS |
| 152 | 18-cr-52 | US V. EIMANTAS JUSKEVICIUS |
| 153 | 18-cr-54 | US V. MICHAEL S. ROJAS |
| 154 | 18-cr-58 | US V. EIBONY BOWERS |
| 155 | 18-cr-59 | US V. CARY D. COOPER |
| 156 | 18-cr-63 | US V. TOMAS MARTINEZ-MALDONADO |
| 157 | 18-cr-64 | US V. MARCELLAS D. NUNLEY |
| 158 | 18-cr-67 | US V. TRAYVON J. BROWN |
| 159 | 18-cr-71 | US V. MONTREL J. BANKS |
| 160 | 18-cr-73 | US V. CHRISTOPHER S. GABBARD |
| 161 | 18-cr-77 | US V. DARRELL K. WOODS |
| 162 | 18-cr-78 | US V. PHILLIP WOODSON |
| 163 | 18-cr-83 | US V. JAMES TODD HULSEY |
| 164 | 18-cr-85 | US V. CLIFFORD BREWSTER |
| 165 | 18-cr-86 | US V. LESTER E. BROWN |
| 166 | 18-cr-87 | US V. SHAWN J. CALLAHAN ET AL |
| 167 | 18-cr-89 | US V. CLYDE H. JACKSON, JR. ET AL |
| 168 | 18-cr-90 | US V. JEREL D. JONES |
| 169 | 18-cr-94 | US V. DEQUAN B. STONE |
| 170 | 18-cr-101 | US V. DEVIN E. FOSTER |
| 171 | 18-cr-103 | US V. SENECA HARRISON |
| 172 | 18-cr-105 | US V. MANUEL LOZANO-QUEZADA |
| 173 | 18-cr-106 | US V. ADRIAN D. MILLIGAN |
| 174 | 18-cr-108 | US V. DAVID VELCU |
| 175 | 18-cr-114 | US V. AARON J. FISHER ET AL |
| 176 | 18-cr-115 | US V. JONATHAN M. GREEN |
| 177 | 18-cr-116 | US V. ANTHONY D. JOHNSON |
| 178 | 18-cr-119 | US V. ROBERT SCHWIN |
| 179 | 18-cr-120 | US V. JAMES REECE VANCE |
| 180 | 18-cr-121 | US V. RANDY WHITE |

| # | Case Number | Case Name |
|---|---|---|
| 181 | 18-cr-127 | US V. KALEB R. NIEHAUS |
| 182 | 18-cr-131 | US V. KYLE DOUGAN |
| 183 | 18-cr-132 | US V. MORTEZ C. FALKNER |
| 184 | 18-cr-133 | US V. ELIYAS JIREGNA |
| 185 | 18-cr-135 | US V. MURL R. LUSHER |
| 186 | 18-cr-137 | US V. SOLOMON D. SLAUGHTER |
| 187 | 18-cr-139 | US V. STEPHEN T. WELSH |
| 188 | 18-cr-140 | US V. CAESAR V. VACA |
| 189 | 18-cr-145 | US V. BOBBY R. DAVIS |
| 190 | 18-cr-147 | US V. THOMAS KEVIN JONES |
| 191 | 18-cr-148 | US V. RYAN EDWARD MAUSNER |
| 192 | 18-cr-151 | US V. TIMOTHY R. ODEN |
| 193 | 18-cr-152 | US V. TOMMIE L. STEWART |
| 194 | 18-cr-155 | US V. DOMION DONTE DUNCAN ET AL |
| 195 | 18-cr-157 | US V. SALVADOR A. GONZALEZ, JR |
| 196 | 18-cr-160 | US V. JAMES PETTUS |
| 197 | 18-cr-164 | US V. CELESTINO ALMEIDA |
| 198 | 18-cr-166 | US V. KENDALL A. HARDIN |
| 199 | 18-cr-167 | US V. JOACHIM B. JAGETZ |
| 200 | 18-cr-169 | US A. ANTONIO MARTINEZ-GUTIERREZ |
| 201 | 18-cr-170 | US V. WILLIAM C McGEE |
| 202 | 18-cr-171 | US V. SHAUN L. MITCHELL ET AL |
| 203 | 18-cr-173 | US V. JOSE RODRIGUEZ-VASQUEZ |
| 204 | 18-cr-175 | US V. PARIS B. YOUNG |
| 205 | 18-cr-177 | US V. DANNY R. HANDLEY |
| 206 | 18-cr-184 | US V. EDWARD D. ABBOTT |
| 207 | 18-cr-185 | US V. ANTHONY D. BOYKIN |
| 208 | 18-cr-187 | US V. DUSTIN R. GRIMM |
| 209 | 18-cr-190 | US V. GEORGE M. KHALIL |
| 210 | 18-cr-199 | US V. CHACOTAH B. THLOCCO |
| 211 | 18-cr-202 | US V. BRANDON BURDICK |
| 212 | 18-cr-203 | US V. JOSE D. DREW |
| 213 | 18-cr-204 | US V. REBBECCA McCROREY |
| 214 | 18-cr-205 | US V. JOE LEE NICHOLS ET AL |
| 215 | 18-cr-209 | US V. DEANTHONY C. TANNER |
| 216 | 18-cr-211 | US V. DERRICK A. WAGY |
| 217 | 18-cr-219 | US V. CARLOS CUBAS-MANZANARES |
| 218 | 18-cr-222 | US V. MICHAEL V. GOODRICH |
| 219 | 18-cr-223 | US. V. MONIQUE HERNANDEZ ET AL |
| 220 | 18-cr-225 | US V. EVELYN C. SANCHEZ |
| 221 | 18-cr-228 | US V. MATTHEW HARRIS |
| 222 | 18-cr-230 | US V. FRANCISCO JAVIER RODRIGUEZ-QUINTA |
| 223 | 18-cr-232 | US V. BILLY JOE STANDLEY ET AL |
| 224 | 18-cr-234 | US V. BRADLEY EDWARD VADER |
| 225 | 12-cr-6001-14 | US V. MARTIN LARA-RODRIGUEZ |
| 226 | 15-cr-6002-13 | US V. REYNA EDEZA |
| 227 | 17-cr-6006 | US V. KENNETH J. COOK |

| 228 | 17-cr-6010 | US V. JEREMY A. MITCHELL |
| 229 | 17-cr-6011 | US V. TERRANCE T. BROWN |
| 230 | 18-cr-6006 | US V. JIMMIE A. STEVENS, JR. |
| 231 | 18-cr-6010 | US V. COREY ANDREW BARR |
| 232 | 18-cr-6011 | US V. ROBERT R. BASHFORD |
| 233 | 18-cr-6012 | US V. JEREMY G. HELTON |
| 234 | 18-cr-6013 | US V. ORLIN LOPEZ-RUBIO |