ORIGINAL

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

UNITED STATES OF AMERICA,

                                    Plaintiff,

v.

MICHAEL S. ROJAS,
[DOB: 11/11/1974]

                                    Defendant.

Case No. <u>18-00054-01-CR-W-GAF</u>
***Felon in Possession of a Firearm***
18 U.S.C. §§ 922(g)(1) and 924(a)(2)
NMT 10 Years Imprisonment
NMT $250,000 Fine
NMT 3 Years Supervised Release
$100 Mandatory Special Assessment
Class C Felony

## I N F O R M A T I O N

On or about February 15, 2015, in the Western District of Missouri, the defendant,

MICHAEL S. ROJAS, knowing he had been convicted of a crime punishable by imprisonment for

a term exceeding one year, did knowingly possess a firearm, to wit: a Taurus, Model Millennium,

9mm handgun, Serial Number TCS14789; which had been transported in interstate commerce,

contrary to the provisions of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Timothy A. Garrison
United States Attorney

By *Robt A Smith*

Robert M. Smith
Special Assistant United States Attorney
Violent Crime & Drug Trafficking Unit

Dated: __1/13/20__