

Leavenworth Detention Center
100 Highway Terrace
Leavenworth, Kansas 66048
913-727-3246

**TO:**       **Whom It May Concern**

**FROM:**     **Luis Matos, Programs Facilitator**

**SUBJECT:**  **Detainee Michael Rojas**

    Mr. Rojas has participated several programs from June 2018 to the present here at Leavenworth Detention Center. The following is a list of all the programs he has completed and does have a certificate of completion for each:

<u>**Course Name and date completed**</u>

- Go Further- Destination (4/14/20)
- Go Further- On Ramp (2/5/20)
- Go Further- Highway (3/3/20)
- Go Further- Course Completion (4/14/20)
- Anger Management Program- (4/13/19)
- Partners in Parenting- (5/6/20)
- Getting Motivated to Change- (4/5/19)
- Unlock your Thinking, Open your Mind- (4/20/19)
- The Psychology of Incarceration Course- (10/16/18)
- Prison Documentary Course- (3/1/19)
- Mindfulness for Everyday Life I & II- (3/18/20)
  - Co-Leader of course
- Mindful Living- (9/2/19)
  - Peer Leader of course

**Respectfully Submitted,**

**L. Matos**
**Programs Facilitator**
**CoreCivic Leavenworth Detention Center**

**DATE:**      **6/8/2020**

ATTACHMENT A


**CoreCivic**

# Certificate of Completion

*This is to certify that*

## MICHAEL ROJAS

PEER LEADER

*has satisfactorily completed the requirements prescribed for*

## MINDFUL LIVING

*Given on this, the* _____2ND_____ *day of* _____SEPTEMBER_____ *Two Thousand and* _____NINETEEN_____

_____
*Warden*

_____
*Authorizing Person*

ATTACHMENT A

 **CoreCivic**

# Certificate of Completion

*This is to certify that*

## MICHAEL ROJAS, CO-LEADER

*has satisfactorily completed the requirements prescribed for*

## MINDFULNESS FOR EVERYDAY LIFE, LEVELS I & II

*Given on this, the* __18TH__ *day of* __MARCH__ , *Two Thousand and* __NINETEEN__



_____
*Warden*

_____
Rebeck, PhD.
*Authorizing Person*

 **Core**Civic

# Certificate of Completion

*This is to certify that*

## MICHAEL ROJAS

*has satisfactorily completed the requirements prescribed for*

## PRISON DOCUMENTARY - COURSE

*Given on this, the* __1ST__ *day of* __MARCH__ *,* *Two Thousand and* __NINETEEN__

_____
*Warden*

Programs- Metz _____
*Authorizing Person*



ATTACHMENT A

 **CoreCivic**

# Certificate of Completion

*This is to certify that*

## MICHAEL ROJAS

*has satisfactorily completed the requirements prescribed for*

## THE PSYCHOLOGY OF INCARCERATION - COURSE

Given on this, the ___**16TH**___ day of ___**OCTOBER**___, *Two Thousand and* **EIGHTEEN**

_Warden_

Program - Metz

_Authorizing Person_

# CoreCivic

# Certificate of Completion

*This is to certify that*

## Michael Rojas

*Has satisfactorily completed the requirements prescribed for*

# Unlock Your Thinking Open Your Mind - Course

*Given on this day, the Twentieth of April, Two Thousand and Nineteen.*

Programs-Metz

Authorizing Person

ATTACHMENT A

CoreCivic

# *Certificate of Completion*

*This is to certify that*

## Michael Rojas

*Has satisfactorily completed the requirements prescribed for*

## Partners in Parenting

Given on this, the ___6th___ day of _____May_____, Two Thousand and ___Twenty___

_____
Warden

_____
Brenda L Mills
Authorizing Person

ATTACHMENT A



# Certificate of Completion

*This is to certify that*

## MICHAEL STEPHEN ROJAS

*has satisfactorily completed the requirements prescribed for*

## CORECIVIC'S GO FURTHER REENTRY PROGRAM

Given on this, the **14TH** day of **APRIL**, *Two Thousand and* **2020**

_____
*Warden*

_____
*Authorizing Person*

ATTACHMENT A

Certificate printed in red and black on security paper, security feature on face and back

## CoreCivic

# Certificate of Participation

*This is to certify that*

## Michael Rojas

*Has satisfactorily completed the requirements prescribed for*

## On Ramp ( Go Further)

*Given on this, the____5TH____ day of _____February_____, Two Thousand and___Twenty_____*

_____
Unit Manager

_____
Authorizing Person

ATTACHMENT A

## CoreCivic

# Certificate of Participation

*This is to certify that*

## Michael Rojas

*Has satisfactorily completed the requirements prescribed for*

## Destination ( Go Further)

*Given on this, the* ___14th___ *day of* ___April___ *, Two Thousand and* ___Twenty___

Brenda L Mills
Unit Manager

Authorizing Person

ATTACHMENT A

## CoreCivic

# Certificate of Participation

*This is to certify that*

## Michael Rojas

*Has satisfactorily completed the requirements prescribed for*

## Highway ( Go Further)

*Given on this, the____3ʳᵈ___ day of _____March_____, Two Thousand and___Twenty____*

_____
Unit Manager

_____
Authorizing Person

ATTACHMENT A

CoreCivic

# Certificate of Completion

This is to certify that

## Michael Rojas

Has satisfactorily completed the requirements prescribed for

## Understanding and Reducing Angry Feelings - Course

Given on this day, the Thirtieth of April, Two Thousand and Nineteen.

Programs - Metz
Authorizing Person

ATTACHMENT A

CoreCivic

# Certificate of Completion

This is to certify that

## Michael Rojas

Has satisfactorily completed the requirements prescribed for

## Getting Motivated to Change - Course

Given on this day, the Fifth of April, Two Thousand and Nineteen.

Programs- Metz _(signature)_
Authorizing Person

ATTACHMENT A


**CoreCivic**

# Certificate of Completion

*This is to certify that*

## MICHAEL ROJAS

PEER LEADER

*has satisfactorily completed the requirements prescribed for*

## MINDFUL LIVING

*Given on this, the* __2ND__ *day of* __SEPTEMBER__ *, Two Thousand and* __NINETEEN__

_____
*Warden*

_____
*Authorizing Person*

ATTACHMENT A

 

# Certificate of Training



Be It Known That

_____

has successfully completed _____ hours of

Parenting skills training entitled "Partners in Parenting"

Developed by the DATAR and First Choice Projects

Institute of Behavioral Research

Texas Christian University, Fort Worth, Texas

AWARDED_____, _____ at _____

_____          _____
Training Coordinator                          Program Director

ATTACHMENT A

Tyrone (age 7) refuses to help his sister with their as-signed chores. He has a way of "disappearing" every Sat-urday morning when chores are suppose to be done, later saying "he forgot" that he was suppose to help. You've tried talking to him about responsibility and being fair to his sister, but he still "forgets."

No matter how early you start, 6-year old Shauna refuses to get dressed on time. You end up reminding her, scold-ing her, yelling at her, and sometimes even dressing her yourself in order to get out of the house on time. Yester-day, you got so mad you called her "a baby."

Nine-year old Doug has taken to staying outside playing ball with his friends way beyond the time he's due home for dinner. He's late almost every night. You've tried scolding him, lecturing him, and even going out to the play-ground to "escort" him home – nothing seems to work.

Case 4:18-cr-00054-GAF    Document 33-1    Filed 09/25/20    Page 16 of 21
ATTACHMENT A



## CoreCivic
# Certificate of Completion

*This is to certify that*

## Michael Rojas

*Has satisfactorily completed the requirements prescribed for*

## Partners in Parenting

Given on this, the ____6th____ day of _____May_____, Two Thousand and ___Twenty___

_____
Warden

*Brenda L Mills*
Authorizing Person

© 2017 Great Papers!

ATTACHMENT A


## CoreCivic

# Certificate of Completion

*This is to certify that*

# MICHAEL STEPHEN ROJAS

*has satisfactorily completed the requirements prescribed for*

# CORECIVIC'S GO FURTHER REENTRY PROGRAM

*Given on this, the* **14TH** *day of* **APRIL** *, Two Thousand and* **2020**

*Warden*

*Authorizing Person*



## ADL Assistant Program Job Description

You are being considered for the ADL (Activities of Daily living) assistant Program. This is a program designed for inmates to assist other inmates in activities of daily living (ADL) in regular housing units, with physical limitations and receive assistance when needed.   As an approved ADL assistant, you will be expected to assist in the following areas that are agreed upon and approved by CCA staff. You will not assist in any medical procedures but will notify CCA staff of any medical emergency.

1. **Assist during any emergency situation within the facility. (Evacuation)**
2. **Assist with cleaning his/her cell.**
3. **Assist with food tray.**
4. **Assist with his/her wheelchair.**
5. **Assist with laundry issues.**
6. **Assist with going to and from medical/programs/library.**
7. **Assist with going to and from recreation.**
8. **Other (Be specific) As needed**

Hazardous Chemical/Equipment Training

(Assigned Worker Only) (_____) Initial if assigned as worker

A. You have the right to information concerning hazardous chemicals at your workplace. This information must be provided to you by Corrections Corporations of America. This includes

1. SDS Global Harmonization Copies must be available to employees, their designated representatives, and treating health care professionals upon request.
2. Employees/inmates routinely are exposed to hazardous chemicals and must be trained on how to handle these chemicals. Newly assigned employees/inmates should be trained prior to beginning their new work assignment. When new chemicals are used in the work areas, workers must be trained in handling procedures associated with the new material.
3. Containers of hazardous chemicals must be labeled with the chemical name, appropriate hazardous warning, and the name and address of the manufacturer.
4. All employees and inmates must wear appropriate personal protective equipment at all times when required.
5. I have received training on the above listed information and I understand my rights and the responsibilities of my employer.

I agree to participate in the ADL assistant Program, and would like to have an inmate assigned to me so I may receive assistance when needed.

_____
Inmate Name & Federal ID Number

_____
Date

_____
Inmate signature

_____
Supervisor Name and Title

ATTACHMENT A

**UNIT/POD PORTER JOB DESCRIPTION**

DUTIES:

- CLEAN AROUND MAILBOXES, AND TELEPHONES DAILY
- KEEP MICROWAVE AND SINK AREAS CLEAN
- KEEP TRASH EMPTY
- CLEAN AND WASHOUT ICE CHEST DAILY
- WIPE DOWN WALLS IN THE DAYROOM AREA
- CLEAN ALL WINDOWS
- KEEP TABLES AND SEATS CLEAN
- KEEP THE FLOOR SWEPT AND MOPPED (INCLUDING THE BASE OF THE WALL)
- KEEP UNDER STAIRS AND LANDINGS CLEAN
- KEEP VENTS CLEAN
- KEEP MOP BUCKETS AND CLEANING CLOSET CLEAN
- KEEP STAIRS, RAILS AND OUTSIDE OF CELL DOORS (INCLUDING DOOR JAMS/FRAMES) CLEAN AND FREE OF DUST AND DIRT.
- AM SHIFT OS 6 AM TO 6 PM. PM SHIFT IS FROM 6 PM TO 6 AM
- PORTERS ARE EXPECTED TO BE ROLE MODELS IN THE UNIT.
- KEEP DOOR AND WALLS CLEAN.

SAFETY BRIEFING:

_____ HALLWAY WORKERS/POD CLEANERS
(Inmate initials)  Never use a buffing machine, until you have been instructed by an officer, on how to
Operate the buffer.  Always use a "Wet Floor" sign, when you are mopping the hall.
Mop small areas at a time, leaving half the hallway as a walkway.  Always mop floor, and let dry, before buffing it.
Never use the chemicals from the cleaning bottles on the floor.  If you get Toilet Bowl Cleaner, Germicidal,
General Purpose Cleaner or Window Cleaner on your mop-head, rinse it off thoroughly, or exchange for a clean
one.  These Chemicals may destroy the wax on the floor.  Never put the wrong chemical in a bottle.  Only that
chemical on the label is authorized.  If caught, disciplinary action may be taken. Always put your equipment away
and leave your work area clean and neat.

**Hazardous Chemical/Equipment Training**
**(Assigned Worker Only) (_____) Initial if assigned as worker**
   A.   **You have the right to information concerning hazardous chemicals at your workplace. This information must be
        provided to you by Corrections Corporations of America. This includes:**

   1.   **SDS Global Harmonization Copies must be available to employees, their designated representatives, and treating
        health care professionals upon request.**
   2.   **Employees/inmates routinely are exposed to hazardous chemicals and must be trained on how to handle these
        chemicals. Newly assigned employees/inmates should be trained prior to beginning their new work assignment.
        When new chemicals are used in the work areas, workers must be trained in handling procedures associated with
        the new material.**
   3.   **Containers of hazardous chemicals must be labeled with the chemical name, appropriate hazardous warning, and
        the name and address of the manufacturer.**
   4.   **All employees and inmates must wear appropriate personal protective equipment at all times when required.**
   5.   **I have received training on the above listed information and I understand my rights and the responsibilities of my
        employer.**

My signature below indicates that I have read and acknowledge what job duties I am responsible for as the (A) Housing Unit
Worker. And that I agree to participate in the inmate work program.

_____                        _____
**Inmate Name & Federal ID Number**                                    **Date**


_____                        _____
**Inmate signature**                                                   **Supervisor Name and Title**

ATTACHMENT A

# HOUSING UNIT /DETAIL PORTER

# JOB DESCRIPTION

**Inmate Name:**
**ID Number:**
**Date hired:**
**LAUNDRY/DAYS 6am-6pm**

Detail Porter Duties
1. Keep doors and hinges clean and dust free.
2. Keep corners and edges clean and dust free.
3. Keep trash cans clean and wash out once a week.
4. Fill in for other porters when necessary. Only exception is if the porter is High Custody they cannot work between the hours of 6am and 6pm.
5. Do all the high dusting in the day rooms.
6. Clean all Sally ports areas.
7. Additional duties as assigned.
 My signature below indicates that I have read and acknowledge what job duties I am responsible for.

## SAFETY BRIEFING

_____   HOUSING UNIT LAUNDRY PORTERS
(Inmate initials)      The laundry bags are to be carried from door to door, never thrown across the cell, dayroom
                Or to the top tier.  Never enter another inmate's cell to deliver or retrieve a laundry bag.

HAZARDOUS CHEMICAL/EQUIPMENT TRAINING

On _____ , the following individual was trained on the Hazardous Communications Act, and the "Right to Know" law.

    A.  You have the right to information concerning hazardous chemical at you workplace.  This information must be provided to you by Corrections Corporation of America.  This includes:
    1.  Material Safety Data Sheets (MSDS).  Copies must be available to Employees, their designated representatives, and treating health care professionals upon request.
    2.  Employees/Inmates routinely exposed to hazardous chemicals must be trained how to handle these chemicals.  Newly assigned employees/inmates should be trained prior to beginning their new work assignment.  When new chemicals are used in the work areas, workers must be trained in handling procedures associated with the new material.
    3.  Containers of hazardous chemicals must be labeled with the chemical name, appropriate hazard warnings, and name and address of the manufacturer.
    4.  All employees and inmates must wear appropriate personal protective equipment at all times where required.
   5.  I have received training on the above stated information, and I understand my rights, and the responsibilities of my employer.

_____          _____
Signature                                                                      Date


_____          _____
SIGNATURE                                                            DATE

ATTACHMENT A