IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>MICHAEL S. ROJAS,<br><br>               Defendant. | Case No. 18-00054-01-CR-W-GAF |

### MOTION TO DISMISS THE INDICTMENT RETURNED ON MARCH 6, 2018

Comes now the United States of America, by the undersigned counsel, and moves to dismiss the Indictment returned on March 6, 2018. On January 13, 2020, the defendant, MICHAEL S. ROJAS, plead guilty to a one-count superseding information.

                                  Respectfully submitted,

                                  Timothy A. Garrison
                                  United States Attorney

               By    */s/Robert M. Smith*

                                  Robert M. Smith
                                  Assistant United States Attorney
                                  Violent Crime & Drug Trafficking Unit
                                  Charles Evans Whittaker Courthouse
                                  400 East Ninth Street, Suite 5510
                                  Kansas City, Missouri   64106
                                  Telephone:   (816) 426-3122

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing was delivered on November 20, 2020, to the CM-ECF system of the United States District Court for the Western District of Missouri for delivery to counsel of record.

                                              */s/Robert M. Smith*
                                              Robert M. Smith
                                              Assistant United States Attorney