UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) |
| MICHAEL S. ROJAS, | ) Case No. 18-00054-01-CR-W-GAF ) |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of September 11, 2023, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Michael S. Rojas:

**The defendant shall perform 16 hours of community service to be completed no later than September 30, 2023.**

s/ Gary A. Fenner
GARY A. FENNER
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 11th day of September, 2023.