UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MICHAEL S. ROJAS, | ) Case No. 18-00054-01-CR-W-GAF |
| Defendant. | ) |

### ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE

For good and sufficient cause, as shown by the U.S. Probation Office in its memorandum of May 14, 2024, and a hearing having been waived by defendant, it is hereby ORDERED that the following be added to the conditions of supervised release for Michael S. Rojas:

**The defendant shall be monitored by the form of location monitoring indicated below for a period of 60 days and shall abide by all technology requirements:**

**Location Monitoring Technology at the Discretion of the Officer**

**This form of location monitoring technology shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release:**

**You are restricted to your residence every day from 7:00 P.M. to 7:00 A.M., or as directed by the supervising officer (Curfew).**

**The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer.**

s/ Gary A. Fenner
_____
GARY A. FENNER
SENIOR U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this 14th day of May, 2024.