# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation** of Probation or Supervised Release) |
| v. | Case Number: **4:18-CR-00054-GAF(1)** |
| **MICHAEL S ROJAS** | USM Number: **22466-045** |
| | **Travis Poindexter** <br> Defendant's Attorney |

**THE DEFENDANT:**

☒ Stipulated guilt to violation of standard and special condition(s) of supervised release

The defendant is adjudicated guilty of these violations:

| VIOLATION | NATURE OF VIOLATION |
|---|---|
| Standard | You must follow the instructions of the probation officer related to the conditions of supervision. |
| Special | The defendant/offender shall be monitored by the form of location monitoring indicated below for a period of 60 days and shall abide by all technology requirements: <br><br> Location Monitoring Technology at the Discretion of the Officer <br><br> This form of location monitoring shall be utilized to monitor the following restriction on the defendant's movement in the community as well as other court-imposed conditions of release: <br><br> You are restricted to your residence every day from 7:00 P.M. to 7:00 A.M. or as directed by the supervising officer (Curfew). <br><br> The participant shall pay all or part of the costs of participation in the location monitoring program as directed by the court and/or the probation officer. |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) condition. and is discharged as to such violation(s)

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 5611

**July 10, 2024**
Date of Imposition of Judgment

Defendant's Year of Birth: 1974

s/ Gary A. Fenner
Signature of Judge

DEFENDANT: MICHAEL S ROJAS  
CASE NUMBER: 4:18-CR-00054-GAF(1)

City and State of Defendant's Residence:

**GARY A. FENNER**  
**SENIOR UNITED STATES DISTRICT JUDGE**  
Name and Title of Judge

**July 10, 2024**  
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

One year and one day.

- [x] The court makes the following recommendations to the Bureau of Prisons: that the defendant be considered for placement at FCI Texarkana.

- [x] The defendant is remanded to the custody of the United States Marshal.
- [ ] The defendant shall surrender to the United States Marshal for this district:

  - [ ] at _____ ☐ a.m. ☐ p.m. on _____
  - [ ] as notified by the United States Marshal.

- [ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  - [ ] before 2 p.m. on
  - [ ] as notified by the United States Marshal.
  - [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By  
DEPUTY UNITED STATES MARSHAL

DEFENDANT:     MICHAEL S ROJAS
CASE NUMBER:     4:18-CR-00054-GAF(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of : **No Term of Supervised Release Imposed.**

.